| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Drew L Gross** | Social Security number or ITIN **xxx−xx−4272** |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court **District of New Jersey** | | |
| Case number: **11−33003−VFP** | | |

# Order of Discharge                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Drew L Gross
aka Drew Leland Gross

12/7/16                                                         **By the court:**   Vincent F. Papalia
                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 11-33003-VFP
Drew L Gross                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2            Date Rcvd: Dec 07, 2016
                              Form ID: 3180W             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2016.
```
db         +Drew L Gross,    249 Monroe Street,    Passaic, NJ 07055-5922
cr         +JPMorgan Chase Bank National Association,    Phelan Hallinan & Schmieg PC,
             400 Fellowship Rd Ste 100,    Mt Laurel, NJ 08054-3437
512233810   Chase,    3415 Vision Drive,    Columbus, OH 43219-6009
512233809  +Chase,    POB 24696,    Columbus, OH 43224-0696
512233815  +Chase Bank,    POB 33065,    Louisville, KY 40232-3065
512233812   Chase Bank,    POC 15298,    Wilmington, DE 19850-5298
512766281  +Chase Report Center,    Attn: Correspondence Mall,    Mail Code LA4-555,    700 Kansas Lane,
             Monroe, LA 71203-4774
512589682  +JPMorgan Chase Bank, N.A.,    Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,
             Monroe, LA 71203-4774
512546836  +JPMorgan Chase Bank, NA,    201 N. Central Ave., 7th Floor,    AZ1-1024,    Phoenix, AZ 85004-1071
512589683  +JPMorgan Chase Bank, National Association,    3415 Vision Drive,    Attn: OH4-7133,
             Columbus, OH 43219-6009
513562222   M & T Bank,    P.O. Box 1288,    Buffalo, New York14240-1288
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Dec 07 2016 22:58:21     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 07 2016 22:58:17     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
cr         +EDI: BANKAMER.COM Dec 07 2016 22:38:00     BANK OF AMERICA, N.A.,    PO Box 26012,
             Greeensboro, NC 27420-6012
512233806   EDI: AMEREXPR.COM Dec 07 2016 22:38:00     American Express,    POB 981535,
             El Paso, TX 79998-1535
512520383   EDI: BECKLEE.COM Dec 07 2016 22:38:00     American Express Centurion Bank,
             c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
512292734   EDI: AIS.COM Dec 07 2016 22:38:00     American InfoSource LP as agent for,
             First Data Global Leasing,    PO Box 248838,    Oklahoma City, OK  73124-8838
512250770   EDI: BANKAMER2.COM Dec 07 2016 22:38:00     FIA CARD SERVICES, N.A.,    PO Box 15102,
             Wilmington, DE 19886-5102
512233807   EDI: BANKAMER.COM Dec 07 2016 22:38:00     Bank of America,    POB 15019,
             Wilmington, DE 19886-5019
516451603  +EDI: BANKAMER2.COM Dec 07 2016 22:38:00     Bank of America,    101 N. Tryon St., 7th Fl.,
             NC10010706,    Charlotte, NC 28255-0001
512233808   EDI: BANKAMER.COM Dec 07 2016 22:38:00     Bank of America,    POB 535310,
             Atlanta, GA 30353-5310
512314198  +EDI: BANKAMER2.COM Dec 07 2016 22:38:00     Bank of America,    101 N. Tryon St.,
             Charlotte, NC 28246-0100
512422396  +EDI: BANKAMER.COM Dec 07 2016 22:38:00     Bank of America, N.A.,    P. O. Box 26012,
             NC4-105-03-14,    Greensboro, NC 27420-6012
512233819   EDI: CITICORP.COM Dec 07 2016 22:38:00     Citi Bank,    POB 653054,    Dallas, TX 75265-3054
512514652  +EDI: OPHSUBSID.COM Dec 07 2016 22:38:00     Candica, L.L.C.,    c/o Weinstein & Riley, P.S.,
             2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
512233811   EDI: CHASE.COM Dec 07 2016 22:38:00     Chase Bank,    POB 15298,    Wilmington, DE 19850-5298
512344550   EDI: CHASE.COM Dec 07 2016 22:38:00     Chase Bank USA, N.A.,    PO Box 15145,
             Wilmington, DE 19850-5145
512233816   EDI: CHASE.COM Dec 07 2016 22:38:00     Chase Slate,    POB 15298,    Wilmington, DE 19850-5298
512233817  +EDI: CITICORP.COM Dec 07 2016 22:38:00     Citi Bank,    POB 660370,    Dallas, TX 75266-0370
512233818  +EDI: CITICORP.COM Dec 07 2016 22:38:00     Citi Bank,    POB 6500,    Sioux Falls, SD 57117-6500
512921744   EDI: PRA.COM Dec 07 2016 22:38:00     Portfolio Recovery Associates, LLC,    POB 41067,
             NORFOLK, VA 23541
512542459   EDI: PRA.COM Dec 07 2016 22:38:00     Portfolio Recovery Associates, LLC,    c/o West Marine,
             POB 41067,    Norfolk VA 23541
512233820   EDI: CHASE.COM Dec 07 2016 22:38:00     WAMU,    POB 100576,    Florence, SC 29502-0576
512233821   EDI: WFFC.COM Dec 07 2016 22:38:00     Wells Fargo Bank,    POB 29746,    Phoenix, AZ 85038-9746
512263372  +EDI: WFFC.COM Dec 07 2016 22:38:00     Wells Fargo Bank, N.A.,    Business Direct Division,
             100 W. Washington St., 8th Fl.,    Phoenix, AZ 85003-1803
                                                                                              TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
512233813*       Chase Bank,    POB 15298,    Wilmington, DE 19850-5298
512233814*       Chase Bank,    POB 15298,    Wilmington, DE 19850-5298
                                                                                   TOTALS: 0, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Dec 07, 2016
                              Form ID: 3180W           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2016 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor    M&T Bank NJECFMAIL@mwc-law.com
          Andrew L. Spivack    on behalf of Creditor    JPMorgan Chase Bank National Association
           nj.bkecf@fedphe.com
          Jennifer R. Gorchow    on behalf of Creditor    JPMorgan Chase Bank National Association
           nj.bkecf@fedphe.com
          Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Virginia E. Fortunato    on behalf of Debtor Drew L Gross njbankruptcy911@gmail.com,
           bankruptcynotices2011@gmail.com
                                                                                   TOTAL: 6
```